IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Banks, Debra A

Printed: 10/29/08

Case Number:  06 B 17369
Judge:  Wedoff, Eugene R
Filed:  12/29/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: September 18, 2008
Confirmed: March 15, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 7,150.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 4,033.81 |
| Administrative: |  | 2,718.00 |
| Trustee Fee: |  | 398.19 |
| Other Funds: |  | 0.00 |
| Totals: | 7,150.00 | 7,150.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 385.00 | 385.00 |
| 2. | Robert J Semrad & Associates | Administrative | 2,333.00 | 2,333.00 |
| 3. | Internal Revenue Service | Priority | 24,962.45 | 3,345.68 |
| 4. | Illinois Dept of Revenue | Priority | 1,255.00 | 235.89 |
| 5. | Illinois Dept of Revenue | Priority | 2,406.00 | 452.24 |
| 6. | Gundersen Clinic LTD | Unsecured | 40.95 | 0.00 |
| 7. | Capital One | Unsecured | 104.76 | 0.00 |
| 8. | Asset Acceptance | Unsecured | 40.80 | 0.00 |
| 9. | Internal Revenue Service | Unsecured | 2,086.74 | 0.00 |
| 10. | Illinois Dept of Revenue | Unsecured | 66.62 | 0.00 |
| 11. | Midwest Verizon Wireless | Unsecured | 351.08 | 0.00 |
| 12. | Galway Financial Service | Unsecured | 16.38 | 0.00 |
| 13. | City Of Chicago Dept Of Revenue | Unsecured | 151.00 | 0.00 |
| 14. | CBA | Unsecured |  | No Claim Filed |
| 15. | Credit Management Service | Unsecured |  | No Claim Filed |
| 16. | Credit Management Service | Unsecured |  | No Claim Filed |
| 17. | American Agencies | Unsecured |  | No Claim Filed |
| 18. | Credit Protection Association | Unsecured |  | No Claim Filed |
| 19. | Financial Credit Network | Unsecured |  | No Claim Filed |
| 20. | Pay Day Loans | Unsecured |  | No Claim Filed |
| 21. | Mount Sinai Hospital Medical C | Unsecured |  | No Claim Filed |
| 22. | Progressive Recovery Technique | Unsecured |  | No Claim Filed |
| 23. | Saint Mary Nazareth Hospital | Unsecured |  | No Claim Filed |
| 24. | Credit Management Service | Unsecured |  | No Claim Filed |
|  |  |  | $ 34,199.78 | $ 6,751.81 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Banks, Debra A

Printed: 10/29/08

Case Number: 06 B 17369
Judge: Wedoff, Eugene R
Filed: 12/29/06

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 326.69 |
| 6.5% | 71.50 |
| | $ 398.19 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

